UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| Kelly Stiles and Kenny Fisher for and as parents and next friends of the minor child, D.S., | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | No.: 3:13-CV-7-PLR-HBG |
| v. | ) ) | |
| Grainger County Schools, *et al*., | ) ) | |
| *Defendants*. | ) | |

## Judgment Order

For the reasons stated in the memorandum opinion filed contemporaneously herewith, the all of the plaintiffs' claims, federal and state, asserted against Grainger County, Tennessee, the Grainger County Schools, and the Rutledge Police Department are **Dismissed with prejudice**. Because G.M., A.C., and the Rutledge Township were never served, they are **Dismissed without prejudice**. All claims asserted against Pam Roach are **Dismissed with prejudice** per the plaintiffs' agreement.

Richard McGinnis's motion for summary judgment [R. 101] is **Granted**. All federal claims asserted against Chief McGinnis are **Dismissed with prejudice**; and all state law claims asserted against him are **Dismissed without prejudice**. The motion for summary judgment filed by the Grainger County Board of Education, Edwin Jarnagin, Kip Combs, Roger Blanken, and Lynn Jones [R. 109] is **Granted**. All claims, federal and state, asserted against Edwin Jarnagin are **Dismissed with prejudice**. The plaintiffs'

federal claims against the Grainger County Board of Education, Kip Combs, Roger Blanken, and Lynn Jones are also **Dismissed with prejudice**. Finally the plaintiffs' state law claims against the Grainger County Board of Education, Kip Combs, Roger Blanken, and Lynn Jones are **Dismissed without prejudice.** There being no remaining claims or defendants, this matter will be **Dismissed in its entirety**.

    **IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT